IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00647-REB-MJW

MATTHEW SHUMWAY,

    Plaintiff,

v.

CORPORATE COLLECTION SERVICES, INC., an Ohio corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation of Dismissal With Prejudice** [#24] filed August 13, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#24] filed August 13, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for June 12, 2009, is **VACATED**;

3. That the jury trial set to commence June 29, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 13, 2008, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**